Stefanie Sharp, Esq.
Nevada Bar No. 8661
Robison, Sharp, Sullivan & Brust, Ltd.
71 Washington Street
Reno, NV 89503
Tel: (775) 329-3151
Fax: (775-329-7941

*Attorneys for Defendant Concordia Bank & Trust*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA
(Las Vegas)

| | |
|---|---|
| DEBORAH A. MCKINNEY,<br><br>Plaintiff,<br><br>v.<br><br>CONCORDIA BANK & TRUST,<br><br>Defendant. | CASE NO. 2:18-cv-01428-JCM-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Please take Notice that pursuant to Federal Rule of Civil Procedure 41(a)(I)(A)(ii), Plaintiff, DEBORAH A. MCKINNEY and Defendant, CONCORDIA BANK & TRUST by and through their undersigned counsel hereby stipulate to the voluntary dismissal of the COMPLAINT FOR DAMAGES TO THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681, ET SEQ., with prejudice. The parties further stipulate and agree that each party will bear their own costs and attorney fees.

DATED: this 24th day of October, 2018.

| | |
|---|---|
| ROBISON, SHARP, SULLIVAN & BRUST<br>71 Washington Street<br>Reno, Nevada 89503<br><br>By: /s/ Stefanie Sharp<br>Stefanie T. Sharp, Esq.<br>Nevada State Bar No. 8661<br>ssharp@rssblaw.com<br>*Attorneys for Defendant* | HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>By: _____<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>dkrieger@hainesandkrieger.com<br>*Attorneys for Plaintiff* |

1

**ORDER**

IT IS HEREBY ORDERED that the COMPLAINT FOR DAMAGES TO THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681, ET SEQ., filed against Defendant, CONCORDIA BANK & TRUST be dismissed with prejudice. The parties will each bear their own costs and attorney fees.

DATED: 10/26/18

_____
UNITED STATES DISTRICT COURT JUDGE